FILED

05/04/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0642

**IN THE SUPREME COURT OF THE STATE OF MONTANA**
**SUPREME COURT CAUSE NO. DA 22-0642**

| | |
|---|---|
| IN RE THE MARRIAGE OF: | ) SUPREME COURT CAUSE No. DA 22-0642 |
| | ) |
| NATASHA GABSE, | ) |
| | ) |
| Appellee, | ) **ORDER GRANTING** |
| | ) **EXTENSION OF TIME** |
| vs. | ) |
| | ) |
| WOLFGANG MAXIMILLIAN GABSE, | ) |
| | ) |
| Appellant. | ) |

UPON REVIEW of the Appellant's *Request for Extension of Time* and with good cause being shown first;

IT IS HEREBY ORDERED that the Appellant's Opening Brief Deadline is hereby RESET for the 22nd day of June, 2023.

**ELECTRONICALLY DATED AND SIGNED BELOW.**

CC:
- Appellant, c/o Daniel J. Flaherty
- Appellee, c/o Jason T. Holden

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
May 4 2023